**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| KIM KINGSTON, | Case No.: 1:15-cv-11536-FDS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| SYNCHRONY BANK d/b/a JCPENNEY CREDIT SERVICES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action is hereby dismissed against Defendant Synchrony Bank d/b/a JC Penney Credit Services without prejudice and without costs to any party.

Dated: September 14, 2015

By: /s/ *David R. Jackowitz*
David R. Jackowitz, Esq.
SHAEVEL & KREMS, LLP
141 Tremont Street
Boston, MA 02111
(617) 566-0244
*Counsel for Plaintiff*

By:  /s/ *Nellie Hestin (BBO #676886)*

Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: (412) 288-3627
Fax: (412) 288-3063
nhestin@reedsmith.com


Timothy R. Carraher
(*Admission Pro Hac Vice*)
Reed Smith, LLP
10 South Wacker Drive
40th Floor
Chicago, Illinois 60606-7507
Tel: (312) 207-6549
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2015, the foregoing document was filed through the CM/ECF system which will send notification of such filing to all registered participants and paper copies will be sent via first class mail to those not registered: None.

          REED SMITH LLP


          By: */s/ Nellie Hestin*
          Nellie Hestin